I. Albert Lowenfeld and Another, Copartners, etc., and Another, Respondents, v. Byron A. Beal, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

John T. Clarke, Appellant, v. American Press Association and Others, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Mary A. Fitzgerald and Another, Respondents, v. 425 East Eighty-sixth Street Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Charles A. Kip and Others, as Executors and Trustees, etc., of George Goelet Kip, Deceased, and Elbert S. Kip, Individually, Appellants, v. The New York Central Railroad Company and Others, Respondents.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [140 Misc. 62.]

The People of the State of New York, Respondent, v. Andrew J. Gannon, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Republic Radiator Company, Respondent, v. Seabreeze Construction Corporation and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Helene M. Piaggio, Appellant, v. Julia M. Jossier, as Executrix, etc., of Vincent Piaggio, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Roberto Riveroll, Respondent, v. Alberto Montes, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within sixty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Stone & Webster and Blodget, Inc., Appellant, v. Joseph B. Schubert, Defendant, Impleaded with George C. Schubert, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The further bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Boyle Holding Corporation v. Medgreen Realty Corporation.— Motion for stay granted upon condition that the rents and profits from the property be impounded through receivership or otherwise pending the outcome of the action, and provided the record and appellant's points are served and filed on or before August 1, 1932, with notice of argument for September 27, 1932. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Leon J. Arnold v. Alexander H. Burgess and Others.— Motion denied, upon condition that plaintiff consent that examination be conducted before a referee. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Jacob Terner v. Edward Glickstein.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.